**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2022-0674, <u>In the Matter of Johnathon Irish and Stephanie Irish</u>, the court on February 27, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The petitioner, Johnathon Irish, appeals a final decree of the Circuit Court (<u>Boyle</u>, J.), issued following a hearing, in his divorce from the respondent, Stephanie Irish. He contends that the trial court erred because, after it had conditionally and then finally defaulted him for his repeated refusal to comply with discovery, <u>see</u> <u>Fam. Div. R.</u> 1.25, the court did not, at the final hearing, permit him to present evidence with respect to the issues that had been the subject of the discovery requests. <u>See, e.g.</u>, <u>Bursey v. Bursey</u>, 145 N.H. 283, 285-87 (2000).

Based upon our review of the parties' written arguments, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find the petitioner's arguments unpersuasive, and affirm the trial court's decision. Further, any issues raised in the petitioner's notice of appeal that were not briefed are waived. <u>See</u> <u>In re Estate of King</u>, 149 N.H. 226, 230 (2003).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

Timothy A. Gudas,
Clerk